Thor K. GIBSON, Plaintiff–Appellant,

v.

UNITED STATES of America, Defendant–Appellee.

No. 13–1211.

United States Court of Appeals, Fourth Circuit.

Submitted: May 30, 2013.

Decided: June 4, 2013.

Thor K. Gibson, Appellant Pro Se. Alan McGonigal, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thor K. Gibson appeals the district court's order dismissing his civil action without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Gibson v. United States,* No. 1:12–cv–00067–IMK–JSK (N.D.W.Va. Jan. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*DISMISSED.*